IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REGINA EASLEY, | : CIVIL ACTION |
| Plaintiff, | : |
| | : NO. |
| v. | : |
| | : |
| U.S. BANK NATIONAL ASSOCIATION, Trustee, et al., | : |
| | : |
| Defendants. | : |

## NOTICE OF REMOVAL

Petitioners and Defendants U.S. Bank National Association, Trustee and EquiCredit Corporation (collectively, "Defendants"), by their undersigned counsel, hereby file this Notice of Removal to the United States District Court for the Eastern District of Pennsylvania, stating as follows:

1. On or about January 9, 2002, Plaintiff Regina Easley ("Plaintiff") filed a Complaint against Defendants. A true and correct copy of the Complaint in that action is attached hereto as Exhibit "A."

2. On or about April 16, 2002, Plaintiff reinstated the Complaint. See Docket attached hereto as Exhibit "B."

3. On or about June 27, 2002, Plaintiff served the Complaint on Defendants' counsel. Proof of acceptance of service on that date is attached hereto as Exhibit "C."

4. On July 1, 2002, the Court of Common Pleas issued a Case Management Order setting forth discovery deadlines and an anticipated trial date. A true and correct copy of said Case Management Order is attached hereto as Exhibit "D."

-2-

5. This is an action by Plaintiff, a homeowner resident of Pennsylvania, against Defendants who are citizens of states other than Pennsylvania. Defendant U.S. Bank National Association, Trustee is a federally chartered bank, chartered in the state of Minnesota, and has its principal place of business at 111 East Wacker Street, Suite 3000, Chicago, IL 60611. Defendant EquiCredit Corporation is incorporated in Florida and its principal place of business is located at 10401 Deerwood Park Boulevard, Jacksonville, FL 32256.

6. This is an action in which Plaintiff alleges damages in an amount of $194,586.28.

7. For the reasons set forth above in Paragraphs 5 and 6, the present action is a civil action over which this court has jurisdiction under the provisions of 28 U.S.C. §1332 (a).

8. Hence, this is a civil action which, based upon the face of Plaintiff's Complaint, may be removed by Defendants pursuant to 28 U.S.C. §1441, in that diversity of the parties existed both at the time Plaintiff commenced this action and at the time of this filing.

9. Pursuant to the provisions of 28 U.S.C. §1446(b), Defendants have timely filed the instant Notice of Removal, in that Defendants were served with the Complaint on June 27, 2002, which is less than 30 days ago and which is less than one year after Plaintiff commenced the action.

WHEREFORE, Petitioners and Defendants, U.S. Bank National Association, Trustee and EquiCredit Corporation, respectfully request that the aforementioned civil action commenced against them be removed to this Court for all further proceedings.

-3-

        Respectfully submitted,

        _____
        Marilyn Heffley
        Attorney I.D. No. 42904
        Barbara Kiely
        Attorney I.D. No. 88832
        **REED SMITH LLP**
        2500 One Liberty Place
        1650 Market Street
        Philadelphia, PA 19103-7301

        Attorneys for Petitioners and Defendants
        U.S. Bank National Association, Trustee and
        EquiCredit Corporation

Dated: August 8, 2002

# **CERTIFICATE OF SERVICE**

I, Barbara Kiely, hereby certify that, on this 16th day of July, 2002, I caused to be served a true and correct copy of the foregoing Notice of Removal by first class United States mail, postage prepaid, upon the following counsel of record:

Dawn T. Williams
Philadelphia Legal Assistance
1424 Chestnut Street
Philadelphia, PA  19102

(Counsel for Plaintiff)

By: _____
    Barbara Kiely