IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REGINA EASLEY, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 02-4702 |
| | : | |
| U.S. BANK NATIONAL ASSOCIATION, | : | |
| Trustee, and EQUICREDIT CORPORATION, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 13th day of August, 2002, upon consideration of the Motion to Dismiss Count II of the Complaint of Defendants U.S. Bank National Association, Trustee and EquiCredit Corporation (Docket No. 3), to which no response has been filed, it is hereby ORDERED that said Motion is GRANTED, and Count II of the Plaintiff's Complaint is DISMISSED with PREJUDICE.

BY THE COURT:

_____
RONALD L. BUCKWALTER, J.