IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REGINA EASLEY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| U.S. BANK NATIONAL ASSOCIATION, TRUSTEE | : | NO. 02-4702 |
| EQUICREDIT CORPORATION | : | |

## ORDER

AND NOW, this 3rd day of January, 2003, upon consideration of correspondence to the Court from Plaintiff's counsel dated January 2, 2003, it is hereby **ORDERED** by that the **Settlement Conference** which was scheduled for January 7, 2003, will now be held on **February 3, 2003**, at **10:30 a.m.** in Room 3030, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106.

Attorneys are directed to be prepared to discuss their clients' positions in this matter and the status of settlement negotiations to date. Each attorney appearing for a party must have the authority to settle on behalf of his/her client.

The parties are to be present or available by telephone.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE