IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REGINA EASLEY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| U.S. BANK NATIONAL ASSOCIATION, TRUSTEE | : | NO. 02-4702 |
| EQUICREDIT CORPORATION | : | |

## ORDER

AND NOW, this 5th day of February, 2003, as all matters pursuant to 28 U.S.C. § 636(b)(1)(A) have been completed, the Clerk is directed to remove this case from my docket.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE